Chief Justice CASTILLE, Justices SAYLOR, EAKIN, BAER, TODD and McCAFFERY join the opinion.

88 A.3d 968

**Ronald STOCKTON, Appellant**

**v.**

**Francis M. DOUGHERTY, et al., Appellees.**

Supreme Court of Pennsylvania.

March 26, 2014.

Ronald Stockton, Huntingdon, PA, pro se.

656

Kelly Susan Diffily, City of Philadelphia Law Department, Philadelphia, for Clerk of Courts of Philadelphia County.

Suzanne Noelle Hueston, Pennsylvania Department of Corrections, Mechanicsburg, for P.A. Davis, Jane Doe, John Doe, Francis M. Dougherty, Marikosa Lamas, Beatrice Rivello, Dorina Varner.

Travis Scott Anderson, PA Department of Corrections, Mechanicsburg, for P.A. Davis, Francis M. Dougherty, Marikosa Lamas, Beatrice Rivello, Dorina Varner.

### ORDER

PER CURIAM.

**AND NOW,** this 26th day of March, 2014, the Order of the Commonwealth Court is hereby **AFFIRMED.** The Clerk of Courts' "Motion to File Supplemental Brief" is **GRANTED.**